# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO RODRIGUEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>STEVEN GLENN,<br><br>             Defendant. | No. 1:23-cv-01286-KES-CDB<br><br>**ORDER RE: NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**<br><br>(Doc. 35) |

In light of the parties' Notice of Conditional Settlement and Joint Stipulation to Vacate all Dates and Deadlines, Doc. 35, indicating that the case has settled in its entirety conditioned only on receipt of settlement funds, all previously set dates and deadlines are vacated.

On or before July 18, 2025, the parties shall file either (1) a stipulation and order for dismissal, or (2) a joint status report regarding settlement. This Court retains jurisdiction over this action.

IT IS SO ORDERED.

   Dated:   June 3, 2025

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE

1